

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YEKATRINA PUSEPA,

      Plaintiff,                                     Civil Action No. 17-cv-7954

     -against-                                      AFFIDAVIT OF SERVICE

ANTHONY J. ANNUCCI, et al.,

      Defendants.
------------------------------------------------------------X
STATE OF NEW YORK    )
                            S.S.:
COUNTY OF WESTCHESTER  )

      **MELANIE ESPINAL**, being duly sworn, deposes and says that she is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

      That on the 20th day of December, 2017, deponent arrived at the Westchester County Court, Criminal Part LJS-PM at 111 Dr. Martin Luther King Jr. Blvd., White Plains, NY 10601 at approximately 8:45 am in an effort to serve a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, RELATED CASE STATEMENT, AND UNITED STATES DISTRICT JUDGE RONNIE ABRAMS' INDIVIDUAL RULES & PRACTICES IN CIVIL CASES** upon **RUBEN ILLA**. Deponent stayed at the location and finally saw **RUBEN ILLA** in the hall, outside the courtroom at approximate 10:18 am. Deponent was able to identify Ruben Illa by a photograph provided by the attorney. At that time, deponent served a true copy of the foregoing papers by personally delivering and leaving the same with **RUBEN ILLA** at that address. At the time of service, deponent asked whether **RUBEN ILLA** is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



**RUBEN ILLA** is a brown skin male, approximately in his 30's, stands approximately 5 feet 7 inches tall, weighs approximately 170 pounds, and has a shaved head.

**MELANIE ESPINAL**

Sworn to before me this
22 day of December, 2017

NOTARY PUBLIC

Gail Kagan
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 20 19

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com