UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
YEKATRINA PUSEPA,

               Plaintiff,                           **ORDER FOR THE DEPOSITION OF THE PLAINTIFF**

   -Against-

                                                      17-CV-7954 (RA)(OTW)

ANTHONY ANNUCCI, et al,                     [rel. 16-cv-1473 (RA)]

               Defendants.
-----------------------------------------------------------------x

      Pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), it is hereby ORDERED that an Assistant Attorney General may take the deposition of plaintiff Yekatrina Pusepa, an individual in the custody of the U.S. Immigration and Customs Enforcement ("ICE"), U.S. Department of Homeland Security, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at a secure location to be designated by ICE, upon notice to the plaintiff and the appropriate ICE officials; and

      Plaintiff is further advised that if she fails to attend and complete her own deposition, the Court may impose sanctions pursuant to Fed. R. Civ. P. 37(d), which may include an order dismissing the action.

Dated: New York, New York
              _____, 2019

                                                 So Ordered:

                                               _____
                                               HON. ONA T. WANG
                                               United States Magistrate Judge