UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
YEKATRINA PUSEPA,

          Plaintiff,

          -against-

ANTHONY J. ANNUCCI, et al.,

          Defendants.

------------------------------------------------------------x

17-CV-7954 (RA) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

Due to the ongoing COVID-19 pandemic, the conference scheduled for April 1, 2020 is hereby adjourned. A status call will be held on **May 6, 2020 at 3:00 p.m.** The call-in information is as follows:

- Telephone Number: 1-866-390-1828
- Access Code: 1582687

Parties are directed to file a joint status letter one week before the conference.

    SO ORDERED.

Dated: March 26, 2020
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge