```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YEKATRINA PUSEPA,                                           :
                                                            :
                          Plaintiff,                        :         No. 17-CV-7954 (RA) (OTW)
                                                            :
          -against-                                         :                **ORDER**
                                                            :
ANTHONY J. ANNUCCI, *et al.*,                               :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The parties shall submit a joint status letter by **June 18, 2021**.

**SO ORDERED.**

|  |  |
|---|---|
| | *s/ Ona T. Wang* |
| Dated: June 4, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |