## CRAVATH, SWAINE & MOORE LLP

| | | | | |
|---|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | WORLDWIDE PLAZA | AARON M. GRUBER | HELAM GEBREMARIAM |
| EVAN R. CHESLER | KARIN A. DEMASI | 825 EIGHTH AVENUE | O. KEITH HALLAM, III | MATTHEW G. JONES |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | NEW YORK, NY 10019-7475 | OMID H. NASAB | MATTHEW M. KELLY |
| ROBERT H. BARON | RACHEL G. SKAISTIS | | DAMARIS HERNÁNDEZ | DAVID H. KORN |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | | JONATHAN J. KATZ | BRITTANY L. SUKIENNIK |
| PETER T. BARBUR | ERIC W. HILFERS | TELEPHONE: +1-212-474-1000 | DAVID L. PORTILLA | ANDREW M. WARK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | FACSIMILE: +1-212-474-3700 | ELAD L. ROISMAN | ANDREW T. DAVIS |
| RICHARD HALL | CRAIG F. ARCELLA | | RORY A. LERARIS | DOUGLAS DOLAN |
| STEPHEN L. BURNS | LAUREN ANGELILLI | | MARGARET T. SEGALL | SANJAY MURTI |
| KATHERINE B. FORREST | TATIANA LAPUSHCHIK | CITYPOINT | DANIEL K. ZACH | BETHANY A. PFALZGRAF |
| KEITH R. HUMMEL | ALYSSA K. CAPLES | ONE ROPEMAKER STREET | NICHOLAS A. DORSEY | MATTHEW L. PLOSZEK |
| DAVID J. KAPPOS | MINH VAN NGO | LONDON EC2Y 9HR | ANDREW C. ELKEN | ARVIND RAVICHANDRAN |
| DANIEL SLIFKIN | JELENA MCWILLIAMS | TELEPHONE: +44-20-7453-1000 | VANESSA A. LAVELY | |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | FACSIMILE: +44-20-7860-1150 | G.J. LIGELIS JR. | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | | MICHAEL E. MARIANI | PARTNER EMERITUS |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | | LAUREN R. KENNEDY | SAMUEL C. BUTLER |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | WRITER'S DIRECT DIAL NUMBER | SASHA ROSENTHAL-LARREA | |
| FAIZA J. SAEED | YONATAN EVEN | +1-212-474-1519 | MICHAEL P. ADDIS | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | | JUSTIN C. CLARKE | OF COUNSEL |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | WRITER'S EMAIL ADDRESS | SHARONMOYEE GOSWAMI | CHRISTOPHER J. KELLY |
| DAVID R. MARRIOTT | STEPHEN M. KESSING | DStuart@cravath.com | C. DANIEL HAAREN | KIMBERLEY S. DREXLER |
| MICHAEL A. PASKIN | LAUREN A. MOSKOWITZ | | EVAN MEHRAN NORRIS | LILLIAN S. GROSSBARD |
| ANDREW J. PITTS | DAVID J. PERKINS | | LAUREN M. ROSENBERG | KIMBERLY A. GROUSSET |
| MICHAEL T. REYNOLDS | J. LEONARD TETI, II | | MICHAEL L. ARNOLD | ANDREI HARASYMIAK |
| ANTONY L. RYAN | D. SCOTT BENNETT | | HEATHER A. BENJAMIN | JESSE M. WEISS |
| GEORGE E. ZOBITZ | TING S. CHEN | | MATTHEW J. BOBBY | MICHAEL J. ZAKEN |
| GEORGE A. STEPHANAKIS | CHRISTOPHER K. FARGO | | DANIEL J. CERQUEIRA | BENJAMIN G. JOSELOFF |
| GARY A. BORNSTEIN | DAVID M. STUART | | ALEXANDRA C. DENNING | MEGAN Y. LEW |

**MEMO ENDORSED.**

August 12, 2022

<u>Smith et al. v. Annucci et al.</u>
1:21-cv-01715-RA [rel. 1:17-cv-07954-RA-OTW]

Dear Judge Wang:

As previewed in the parties' July 29, 2022 joint status letter (ECF No. 150), the parties respectfully request an extension of several of the deadlines in the Joint Case Management Plan (ECF No. 137). The parties have been working together to resolve several discovery disputes and Defendants have not yet completed their production of documents to Plaintiffs' first set of document requests. Therefore, the parties request an extension of the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Final production of documents responsive to Plaintiffs' first set of document requests | May 1, 2022 | October 1, 2022 |
| Service of initial set of interrogatories | September 1, 2022 | October 15, 2022 |
| Service of final requests for admission | September 1, 2022 | February 1, 2023 |
| Complete depositions of fact witnesses | September 15, 2022 | February 15, 2023 |
| Complete fact discovery | October 1, 2022 | March 1, 2023 |
| Complete expert discovery | February 1, 2023 | July 1, 2023 |

Respectfully,

*/s/ David M. Stuart*

David M. Stuart
Attorney for Plaintiffs

*/s/ Andrew Blancato*

Andrew Blancato
Attorney for Defendants

The Honorable Ona T. Wang
 United States District Court for the Southern District of New York
  Daniel Patrick Moynihan United States Courthouse
   500 Pearl St., Room 20D
    New York, NY 10007

VIA CM/ECF

---

The Court will hold an in-person status conference in this matter on **Tuesday, October 18, 2022, at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

The parties shall file a joint status letter on the progress of discovery by **August 26, 2022.**

The deadline to complete fact discovery is extended to October 18, 2022.

**SO ORDERED.**

_____
Ona T. Wang                                    8/16/22
U.S.M.J.