**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
YEKATRINA PUSEPA,

                Plaintiff,

              -against-

ANTHONY J. ANNUCCI, *et al.*,

                Defendants.
------------------------------------------------------------x

No. 17-CV-7954 (RA) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 197 and 198.

The parties are directed to meet and confer to find a resolution on the issue of documents withheld by Defendants on the basis of deliberative process privilege and law enforcement privilege.

If the parties are unable to come to a resolution on this issue, Plaintiff shall file a letter motion to compel identifying a select number of Defendants' privilege log entries that Plaintiff deems not subject to the deliberative process privilege and/or the law enforcement privilege. The letter shall state Plaintiff's arguments on why privilege does not apply to each of the chosen entries. Plaintiff shall attach to the letter as an exhibit a copy of Defendants' privilege log.

Plaintiff's letter is due **October 24, 2022**. Defendants' response, if any, is due **October 28, 2022**. The parties' papers shall not exceed five pages.

The Clerk of Court is respectfully directed to close ECF 197.

**SO ORDERED.**

| | |
|---|---|
| | *s/ Ona T. Wang* |
| Dated: October 12, 2022 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |