```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANE STONE #1, et al.,                                     :
                                                           :
                        Plaintiffs,                        :     No. 20-CV-1326 (RA) (OTW)
                                                           :
            -against-                                      :     ORDER
                                                           :
ANTHONY J. ANNUCCI, et al.,                                :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
YEKATRINA PUSEPA,                                          :
                                                           :
                        Plaintiff,                         :     No. 17-CV-7954 (RA) (OTW)
                                                           :
            -against-                                      :
                                                           :
ANTHONY J. ANNUCCI, et al.,                                :
                                                           :
                        Defendants.                        :
-----------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on November 7, 2023. Pursuant to rulings made on the record at the conference:

- Defendants shall file their response to Plaintiffs' motion to amend the *Stone* complaint (*see* ECF 144) **by Tuesday, November 21, 2023**. Plaintiffs' reply is due **by Tuesday, December 5, 2023**.

- Defendant Norde is directed to produce his privilege log **by Friday, January 12, 2024**.

- The parties are directed to file a joint status letter **by November 22, 2023**, that will provide an update regarding: (1) Defendant Annucci's revised responses to Plaintiffs' interrogatories, and (2) the search and production of additional SARAI forms, specifically, where Defendants searched for the additional forms and what they found.

To the extent Defendants cannot locate additional SARAI forms, counsel are directed to consider alternative discovery tools to confirm whether these forms exist (or ever existed).

- The deadline for fact discovery and depositions is **extended to February 2, 2024**.

- The parties' December joint status letter is due **by Friday, December 22, 2023**. In January 2024, the joint status letter schedule will return to the last business Friday of the month.

The parties are directed to refer to the transcript of the November 7, 2023, conference for additional detail on the Court's rulings.

**SO ORDERED.**

Dated: November 7, 2023
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge