**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

JANE STONE #1, et al.,                          :
                                                :
                    Plaintiffs,                 :          No. 20-CV-1326 (RA) (OTW)
                                                :
                    -against-                   :          **POST-CONFERENCE ORDER**
                                                :
ANTHONY J. ANNUCCI, et al.,                     :
                                                :
                    Defendants.                 :
---------------------------------------------------------------x

YEKATRINA PUSEPA,                               :
                                                :
                    Plaintiff,                  :          No. 17-CV-7954 (RA) (OTW)
                                                :
                    -against-                   :
                                                :
ANTHONY J. ANNUCCI, et al.,                     :
                                                :
                    Defendants.                 :
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

     The Court held a Status Conference in this matter on Tuesday, April 9, 2024, during which I made rulings on the record. As discussed at the conference:

1. **No later than 5:00 p.m. on April 10, 2024**, Defendants shall file a letter regarding Jane Stone #3's multimedia materials. If these materials have been produced to Plaintiffs' counsel, Defendants will specify where the documents are, including the date on which they were produced and their location. As the Court cautioned at the conference, **it is insufficient to provide only a representation from DOCCS Office of Special Investigations that they have been produced**.

2. Defendants shall turn over Jane Stone #5's multimedia materials by **5:00 p.m. on Friday, April 12, 2024.**

3. Defendants shall file either a stipulation or letter **by Tuesday, April 16, 2024,** addressing Plaintiffs' motion for leave to file a Third Amended Complaint, taking into consideration the Court's questions about judicial efficiency and economy. (*See* 20-CV-1326, ECF 144).

4. Regarding the OSI files, Defendants are directed to start producing documents on a rolling basis ahead of Defendant Pedro Norde's deposition. Defendants shall turn over the updated OSI report **no later than April 19, 2024**.

5. Regarding Defendant Anthony Annucci's interrogatories, defense counsel is directed to provide the hit report to Plaintiffs' counsel **by Friday, April 12, 2024**, and serve revised responses from Defendant Annucci **no later than Thursday, April 25, 2024**. **If Defendant Annucci fails to provide revised responses by April 25, 2024, the Court may entertain a motion for a daily sanction for each day responses are late**.

6. Regarding ESI production, defense counsel is directed review the 2,181 emails (*see* 17-CV-7954, ECF 225) and turn over that document production **no later than Thursday, April 25, 2024**. **If defense counsel fails to produce these documents by April 25, 2024, the Court may entertain a motion for a daily sanction for each day responses are late**.

7. Plaintiff is directed to point defense counsel for Defendant Norde to the state court cases in which his client is accused of sexual assault or harassment.

8. In the parties' next status letter, due April 26, 2024, the parties shall confirm whether they have met the directives set forth above. The parties' letter will also

address whether they have been able to reach agreement to modify the

protective order.

The parties are directed to refer to the transcript of the April 9, 2024 status conference

for further details on the Court's rulings.

The Court will hold a Status Conference on **Thursday, May 9 at 10:00 a.m.** in Courtroom

20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed

conference agenda **by Monday, May 6, 2024**.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: April 9, 2024                                              **Ona T. Wang**
        New York, New York                              United States Magistrate Judge