UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE STONE #1, et al.,                           :
                                                 :
            Plaintiffs,                          :         No. 20-CV-1326 (RA) (OTW)
                                                 :
      -against-                                  :         **POST-CONFERENCE ORDER**
                                                 :
ANTHONY J. ANNUCCI, et al.,                      :
                                                 :
            Defendants.                          :
------------------------------------------------------------x
YEKATRINA PUSEPA,                                :
                                                 :
            Plaintiff,                           :         No. 17-CV-7954 (RA) (OTW)
                                                 :
      -against-                                  :
                                                 :
ANTHONY J. ANNUCCI, et al.,                      :
                                                 :
            Defendants.                          :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on May 9, 2024, during which I made rulings on the record. The Court will hold a Status Conference on **Tuesday, June 11, 2024 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint status letter **by Friday, May 31, 2024** that includes a proposed conference agenda. As ordered at the conference:

1. Defendants are directed to provide an update in the May 31, 2024 letter regarding efforts to find and subpoena Defendant Mitchell-Voyd for her deposition.

2. The parties are directed to file a revised protective order **by Friday May 10, 2024**, incorporating the ordered changes to sections 4(a) and 4(e).

3. Defendants are directed to redesignate the OSI files pertaining to Defendant Pedro Norde from "Attorneys' Eyes Only" to "Confidential." At the conference, counsel had expressed some concern that Defendant Norde might misuse, in some way, information he learns as a result of his viewing confidential documents in preparing for his deposition. If that concern materializes, the parties may apply for appropriate relief via letter motion or joint status letter, in the first instance.

4. Defendants are directed to complete production of Defendant Norde's documents **no later than Wednesday, May 15, 2024**.

5. The time for Defendant Norde's deposition to be completed is **EXTENDED** to **June 7, 2024**.

6. Parties shall complete the Fed. R. Civ. P. 30(b)(6) deposition of Martha Ball **by June 7, 2024**.

**SO ORDERED.**

Dated: May 9, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge