UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE STONE #1, et al.,                                :
                                                      :
                    Plaintiffs,                       :           No. 20-CV-1326 (RA) (OTW)
                                                      :
       -against-                                      :           **ORDER**
                                                      :
ANTHONY J. ANNUCCI, et al.,                           :
                                                      :
                    Defendants.                       :
------------------------------------------------------------x
YEKATRINA PUSEPA,                                     :
                                                      :
                    Plaintiff,                        :           No. 17-CV-7954 (RA) (OTW)
                                                      :
       -against-                                      :
                                                      :
ANTHONY J. ANNUCCI, et al.,                           :
                                                      :
                    Defendants.                       :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      The Court is in receipt of the parties' joint letter updating the Court on the progress of discovery and providing a proposed conference agenda. (ECF 188). The Status Conference scheduled for June 11, 2024 is **ADJOURNED** to **Thursday, June 27, 2024, at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed conference agenda **by Monday, June 24, 2024**, after they have addressed the following discovery issues:

1. Defense counsel shall determine whether they can continue to represent Defendant Mitchell-Voyd and file a motion for withdrawal, if necessary, **by Friday, June 14, 2024**. If their supporting affidavit discloses privileged information, it shall be filed under seal. If defense counsel elects to continue their representation of Defendant Mitchell-Voyd,

they shall file a proposed scheduling order **by June 14, 2024**, identifying the date and location of Defendant Mitchell-Voyd's deposition.

2. Defense counsel shall review the email "hits" for Defendant Mitchell-Voyd and determine whether they are responsive **by Friday, June 14, 2024**.

3. All remaining OSI materials, as discussed at ECF 188 at 3 shall be produced to Plaintiff **by Friday, June 14, 2024**.

Counsel for *Pusepa* is excused from attending this conference.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: June 3, 2024　　　　　　　　　　　　　　　　　　　　　　**Ona T. Wang**
New York, New York　　　　　　　　　　　　　　　　　　　United States Magistrate Judge