```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE STONE #1, et al.,                                      :
                                                            :
                    Plaintiffs,                             :         No. 20-CV-1326 (RA) (OTW)
                                                            :
         -against-                                          :         POST-CONFERENCE ORDER
                                                            :
ANTHONY J. ANNUCCI, et al.,                                 :
                                                            :
                    Defendants.                             :
------------------------------------------------------------x
YEKATRINA PUSEPA,                                           :
                                                            :
                    Plaintiff,                              :         No. 17-CV-7954 (RA) (OTW)
                                                            :
         -against-                                          :
                                                            :
ANTHONY J. ANNUCCI, et al.,                                 :
                                                            :
                    Defendants.                             :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on June 27, 2024, during which I made rulings on the record. The Court will hold a Status Conference on **Wednesday, July 31, 2024 at 11:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to file a joint proposed conference agenda **by Friday, July 26, 2024**. As ordered at the conference:

1. Defense counsel is directed to update Plaintiffs' counsel regarding the missing "Norde" emails from *pro se* Defendant Tanya Mitchell-Voyd **by Wednesday, July 3, 2024**, and to file a declaration **by Friday, July 12, 2024**.

2. Regarding the Fed. R. Civ. P. 30(b)(6) deposition issues, Plaintiffs' status letter is due **Tuesday, July 23, 2024**, and Defendants' response is due **July 26, 2024**.

3. Counsel for Defendant Norde and defense counsel in the *Pusepa* matter may appear at the **Wednesday, July 31, 2024** Status Conference by telephone.

   **SO ORDERED.**

Dated: June 27, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge