**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JANE STONE #1, et al.,                              :
                                                    :
             Plaintiffs,                      :      No. 20-CV-1326 (RA) (OTW)
                                                    :
             -against-                        :
                                                    :      **ORDER**
ANTHONY J. ANNUCCI, et al.,                         :
                                                    :
             Defendants.                      :
-------------------------------------------------------------x
YEKATRINA PUSEPA,                                   :
                                                    :
             Plaintiff,                       :      No. 17-CV-7954 (RA) (OTW)
                                                    :
             -against-                        :
                                                    :
ANTHONY J. ANNUCCI, et al.,                         :
                                                    :
             Defendants.                      :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

      On June 21, 2024, the Court granted defense counsel's motion to withdraw as counsel of record for Defendant Tanya Mitchell-Voyd, former Superintendent of Taconic Correctional Facility, after defense counsel was unable to reach her. (ECF 199). In their memorandum of law in support of the Office of the New York State Attorney General's ("OAG") motion to withdraw, counsel states that OAG has attempted to contact Defendant Mitchell-Voyd "by mail, email, and phone to coordinate her deposition by counsel for Plaintiffs as well as her participation in the defense of this action" and that "all attempts to contact TMV have failed." (ECF 197).

      Defendant Mitchell-Voyd is directed to file a letter on the docket **by July 29, 2024**, indicating whether she will proceed *pro se* or will obtain counsel to represent her in this matter. If Defendant Mitchell-Voyd intends to proceed *pro se*, she is directed to file the attached notice

1

of appearance with an updated address **by July 29, 2024**.

Former counsel for Defendant Mitchell-Voyd is directed to serve her at her last known address, and file proof of service on the docket.

**SO ORDERED.**

Dated: June 28, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

\_\_\_\_ **Civ.** _____ (\_\_\_) (\_\_\_)

**NOTICE OF APPEARANCE**

Please take notice that I, _____, a defendant in
*(name)*
this action, hereby appear *pro se* and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated: _____, _____
          *(town/city)*          *(state)*

_____ \_\_\_, 20\_\_

_____
*Signature of Defendant*

_____
*Address*

_____
*City, State & Zip Code*

_____
*Telephone Number*

_____
*Fax Number (if you have one)*